UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY,<br><br>                    Plaintiff,<br><br>v.<br><br>THERASENSE, INC.,<br><br>                    Defendant. | CIVIL ACTION<br>NO. 04-10574 JLT |

## STIPULATION

The parties to this action hereby stipulate that the time within which the defendant Therasense, Inc. may answer, move, or otherwise respond to the Complaint is extended to and including June 1, 2004.

BECTON, DICKINSON AND COMPANY

By its attorneys,

William F. Lee, BBO #291960
Wayne Kennard, BBO # 629052
Lisa J. Pirozzolo, BBO #561922)
Saklaine Hedaraly, BBO #651671
**HALE & DORR LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

Dated: April 16, 2004

THERASENSE, INC.

By its attorneys,

Daniel L. Goldberg, BBO #197380
Joshua M. Dalton, BBO #636402
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000