IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAY 25 P 4: 41

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BECTON, DICKINSON and COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-10574JLT |
| ) | |
| THERASENSE, INC., ) | |
| ) | |
| Defendant. ) | |

### PRO HAC VICE CERTIFICATION OF JEFFREY I. WEINBERGER

Pursuant to Local Rule 85.5.3 of the Federal Court for the District of Massachusetts, the foregoing attorney hereby requests that he be permitted to practice *pro hac vice* in the above captioned matter, and states as follows:

I, Jeffrey I. Weinberger, am a partner with the firm of Munger, Tolles & Olson LLP of Los Angeles, California, and have been admitted to practice in the state of California since 1973. I am admitted to practice in a number of other jurisdictions. See attached. I am not currently under any order of disbarment, suspension or any other disciplinary action. Further, I will be actively associated in this litigation with the law firm of Bingham McCutchen, through attorneys Daniel L. Goldberg and Joshua M. Dalton, who are members of the United States Federal Court for the District of Massachusetts.

1009598.1

     I have read and familiarized myself with the Local Rules for the Federal District court for the District of Massachusetts.

_____
Jeffrey I. Weinberger (State Bar No. 056214))
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, California
213 683-9100

Dated: May 24, 2004

## Court Admissions – Jeffrey I. Weinberger

| | |
|---|---|
| U.S. District Court, Southern District of New York | 1971 |
| U.S. District Court, Central District of California | 1973 |
| U.S. Court Appeal 9th Circuit | 1984 |
| U.S. Court Appeals Federal Circuit | 1986 |
| U.S. Supreme Court | 1991 |
| U.S. District Court, Southern District of California | 1992 |
| U.S. District Court, Eastern District of California | 1993 |
| U.S. Court Appeals for the Fourth Circuit | 2000 |
| U.S. Court Appeals for the Eleventh Circuit | 2001 |

[830765.1]