UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -1  P 4: 50

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Becton, Dickinson and Company )<br>)<br>           Plaintiff, )<br>)<br>     v.          )<br>)<br>TheraSense, Inc.       )<br>)<br>           Defendant. )<br>) | CIVIL ACTION<br>NO. 04-10574 ~~(JLY)~~ JLT |

### CORPORATE DISCLOSURE OF THERASENSE, INC.

Pursuant to LR 7.3 of the United States District Court for the District of Massachusetts, defendant TheraSense, Inc. hereby states: (1) it is a wholly owned subsidiary of Abbott Laboratories; and (2) no other publicly held company owns 10% or more of its stock.

LITDOCS:554040.1
1011113.1

Respectfully submitted,

THERASENSE, INC.
By its attorneys,

_____
Ted Dane (*admitted pro hac vice*)
Jeffrey I. Weinberger (*admitted pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue
Los Angeles, California
213-683-9100

Of Counsel:

Daniel L. Goldberg, BBO# 197380
Joshua M. Dalton, BBO# 636402
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
617-951-8000

Dated: June, 1 2004

## CERTIFICATE OF SERVICE

I, Matthew L. Mitchell, hereby certify that a true copy of the foregoing was served on Plaintiff's counsel by first-class mail, postage prepaid, on or about June 1, 2004.

_____
Matthew L. Mitchell