UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECTON, DICKINSON and COMPANY,<br><br>        Plaintiff,<br>v.<br>THERASENSE, Inc.,<br><br>        Defendant. | Civil Action No. 04-10574 JLT |

**NOTICE OF APPEARANCE OF TIMOTHY R. SHANNON, ESQ.**

    Please enter my appearance as counsel for plaintiff Becton, Dickinson and Company in the above-captioned matter.

                                    /s/  Timothy Shannon
                                Timothy Shannon (BBO# 655325)
                                Wilmer Cutler Pickering Hale and Dorr LLP
                                60 State Street
                                Boston, MA  02109
                                (617) 526-6000 Tel
                                (617) 526-5000 Fax

Dated:  June 2, 2004

## **CERTIFICATE OF SERVICE**

I, Timothy R. Shannon, hereby certify that on June 2, 2004, I caused a copy of plaintiff's Notice of Name Change to be served on counsel of record listed below.

> Daniel L. Goldberg, Esq. (by electronic notification)
> BINGHAM MCCUTCHEN LLP
> 150 Federal Street
> Boston, MA 02110-1726
>
> Ted Dane, Esq. (by overnight mail)
> Munger, Tolles & Olson LLP
> 355 South Grand Avenue
> Los Angeles, CA 90071

                                                                /s/ Timothy Shannon
                                                                Timothy R. Shannon