UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECTON DICKINSON and COMPANY,<br><br>        Plaintiff,<br>  v.<br>THERASENSE, Inc.,<br><br>        Defendant. | Civil Action No. 04-10574 JLT |

## NOTICE OF NAME CHANGE

Hale and Dorr LLP has merged with Wilmer Cutler Pickering LLP effective May 31, 2004. The new firm's name is Wilmer Cutler Pickering Hale and Dorr LLP. Our address, phone number and fax number will remain the same. Our respective e-mail addresses will change as follows:

| | |
|---|---|
| William F. Lee | william.lee@wilmerhale.com |
| Wayne M. Kennard | wayne.kennard@wilmerhale.com |
| Lisa J. Pirozzolo | lisa.pirozzolo@wilmerhale.com |
| Saklaine Hedaraly | saklaine.hedaraly@wilmerhale.com |
| Timothy R. Shannon | timothy.shannon@wilmerhale.com |

                        BECTON DICKINSON and COMPANY,

                        By its attorneys,

                        /s/ Timothy Shannon
                        William F. Lee (BBO# 291960)
                        Wayne M. Kennard (BBO# 629052)
                        Lisa J. Pirozzolo (BBO# 561922)
                        Saklaine Hedaraly (BBO# 651671)
                        Timothy Shannon (BBO# 655325)
                        Wilmer Cutler Pickering Hale and Dorr LLP
                        60 State Street
                        Boston, MA  02109
                        (617) 526-6000 Tel
                        (617) 526-5000 Fax

Dated: June 2, 2004

## **CERTIFICATE OF SERVICE**

      I, Timothy R. Shannon, hereby certify that on June 2, 2004, I caused a copy of plaintiff's Notice of Name Change to be served on counsel of record listed below.

      Daniel L. Goldberg, Esq. (by electronic notification)
      BINGHAM MCCUTCHEN LLP
      150 Federal Street
      Boston, MA 02110-1726

      Ted Dane, Esq. (by overnight mail)
      Munger, Tolles & Olson LLP
      355 South Grand Avenue
      Los Angeles, CA 90071

      /s/ Timothy Shannon
      Timothy R. Shannon