UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -3 P 3: 17

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| BECTON, DICKINSON and COMPANY, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 04-10574 (JLT) |
| THERASENSE, Inc., ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION
## TO PLACE UNDER SEAL THERASENSE'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS AND ACCOMPANYING SILVERMAN DECLARATION

Pursuant to L.R. 7.2(c), plaintiff Becton, Dickinson and Company ("BD") respectfully requests that the Court immediately place under seal (1) Defendant TheraSense's Brief in Support of its Motion to Dismiss, Stay or Transfer Action Pursuant to Federal Rule of Civil Procedure 12(b)(1), 28 U.S.C. § 2201(a) and 28 U.S.C. § 1404(a), filed on June 1, 2004 ("Memorandum"); and (2) the Declaration of Carl Silverman, filed on June 1, 2004 ("Declaration"). Attached for filing as Exhibit A is a redacted, public version of the Memorandum. BD further requests that both documents remain under seal until and unless the Court, at the time of hearing or thereafter, determines that the documents should no longer be under seal. In support of this Motion, BD states as follows:

1. The Memorandum and Declaration contain and refer to communications between the parties involving specific details about potential licensing arrangements which BD believes should remain confidential; and

2. Defendant Therasense, Inc. ("TheraSense") has assented to this Motion.

BOSTON 1923932v1

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| BECTON, DICKINSON AND COMPANY | THERASENSE, INC. |
| By its attorneys | By its attorneys |

_____
William F. Lee (BBO# 291960)
Wayne M. Kennard (BBO# 629052)
Lisa J. Pirozzolo (BBO# 561922)
Saklaine Hedaraly (BBO# 651671)
Timothy Shannon (BBO# 655325)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000 Tel
(617) 526-5000 Fax

_____
Ted Dane (admitted *pro hac vice*)
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071-1560
(213) 683-9100 Tel
(213) 687-3702 Fax

Date: June 3, 2004

Date: June 3, 2004

### CERTIFICATE OF SERVICE

I, Timothy R. Shannon, hereby certify that on June 3, 2004, I caused a copy of this document to be served on counsel of record listed below.

> Daniel L. Goldberg, Esq. (by hand)
> BINGHAM MCCUTCHEN LLP
> 150 Federal Street
> Boston, MA 02110-1726
>
> Ted Dane, Esq. (by overnight mail)
> Munger, Tolles & Olson LLP
> 355 South Grand Avenue
> Los Angeles, CA 90071

_____
Timothy R. Shannon