UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| BECTON, DICKINSON and COMPANY,<br><br>  Plaintiff,<br>v.<br>THERASENSE, Inc.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-10574 (JLT)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFF BECTON, DICKINSON AND COMPANY
TO RESPOND TO DEFENDANT THERASENSE'S MOTION TO
DISMISS AND FOR LEAVE FOR THERASENSE TO FILE REPLY BRIEF**

Pursuant to L.R. 7.1, plaintiff Becton, Dickinson and Company ("BD") respectfully requests an extension until July 2, 2004 to respond to defendant TheraSense, Inc.'s ("TheraSense") Motion to Dismiss, and TheraSense requests leave to file a reply brief by July 16, 2004. In support of this Motion, the parties state as follows:

1. Counsel for BD have asked for more time in order to accommodate counsel schedules and properly prepare a response;

2. TheraSense has asked BD to assent to TheraSense's desire to file a reply brief by July 16, 2004; and

3. The parties have assented to one another's requests.

BOSTON 1930806v1

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| BECTON, DICKINSON AND COMPANY | THERASENSE, INC. |
| By its attorneys | By its attorneys |
| /s/ Timothy Shannon | /s/ Ted Dane/TRS |
| William F. Lee (BBO# 291960) | Ted Dane (admitted *pro hac vice*) |
| Wayne M. Kennard (BBO# 629052) | Munger, Tolles & Olson LLP |
| Lisa J. Pirozzolo (BBO# 561922) | 355 South Grand Avenue |
| Saklaine Hedaraly (BBO# 651671) | 35th Floor |
| Timothy Shannon (BBO# 655325) | Los Angeles, CA 90071-1560 |
| Wilmer Cutler Pickering Hale and Dorr LLP | |
| 60 State Street | |
| Boston, MA  02109 | |
| Date: June 11, 2004 | Date: June 11, 2004 |

## CERTIFICATE OF SERVICE

I, Timothy R. Shannon, hereby certify that on June 11, 2004, I caused a copy of this document to be served on counsel of record listed below.

>  Daniel L. Goldberg, Esq. (electronic notification)
>  BINGHAM MCCUTCHEN LLP
>  150 Federal Street
>  Boston, MA 02110-1726
>
>  Ted Dane, Esq. (by overnight mail)
>  Munger, Tolles & Olson LLP
>  355 South Grand Avenue
>  Los Angeles, CA 90071

                                                                /s/  Timothy Shannon
                                                                Timothy R. Shannon