UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BECTON, DICKINSON AND COMPANY<br><br>               Plaintiff,<br><br>v.<br><br>THERASENSE, INC.,<br><br>               Defendants. | CIVIL ACTION<br>NO. 04-10574-JLT |

## ASSENTED TO MOTION FOR LEAVE TO EXTEND TIME TO FILE REPLY BRIEF IN RESPONSE TO PLAINTIFFS' OPPOSITION BRIEF

Pursuant to Fed. R. Civ. P. Rule 6(b), defendant TheraSense, Inc. ("TheraSense") hereby moves to extend the time to file its Reply Brief to Plaintiffs' Opposition Brief from July 16, 2004 to **Monday, July 19, 2004**. As grounds therefore, TheraSense states as follows:

1. Defendant's lead trial counsel did not receive service of a copy of Plaintiff's Opposition to their Motion, scheduled to be filed on July 2, 2004, until July 5, 2004;

2. The Plaintiffs have assented to the above extension; and

3. There will be no prejudice to any other party from the granting of this extension.

**WHEREFORE**, TheraSense moves the Court for leave to file its Reply Brief to Plaintiffs Opposition Brief on Monday, July 19, 2004.

LITDOCS:554046.1
1021810.1

-2-

Respectfully submitted,

THERASENSE, INC.

By its attorneys,

_____
Daniel L. Goldberg, BBO #197380
Charles L. Solomont, BBO # 557190
Joshua M. Dalton, BBO #636402
Matthew L. Mitchell, BBO #647902
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110
(617) 951-8000

Dated: July 12, 2004

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Matthew L. Mitchell, hereby certify that counsel for TheraSense has contacted Plaintiff's counsel in an effort to resolve or narrow the issues presented in this motion.

_____
Matthew L. Mitchell

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel for each defendant via facsimile and by hand to Mr. Shannon and Ms. Pirozzolo this 12th day of July, 2004.

_____
Matthew L. Mitchell

LITDOCS:554046.1
1021810.1