UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BECTON DICKINSON AND COMPANY, *
       Plaintiff, *
        *
v. *  Civil Action No. 04-10574-JLT
        *
THERASENSE, INC., *
       Defendant. *
        *

ORDER

August 10, 2004

TAURO, J.

For the reasons set forth in <u>Defendant Therasense's Brief in Support of its Motion to Dismiss, Stay or Transfer Action Pursuant to Federal Rule of Civil Procedure 12(b)(1), 28 U.S.C. § 2201(a) and 28 U.S.C. § 1404(a)</u> [#6] and in <u>Defendant Therasense's Reply Brief in Support of Its Motion to Dismiss, Stay or Transfer Action Pursuant to Federal Rule of Civil Procedure 12(b)(1), 28 U.S.C. § 2201(a) and 28 U.S.C. § 1404(a)</u> [#20], this court hereby orders that:

1. <u>Defendant Therasense Inc.'s Motion to Dismiss, Stay or Transfer Action Pursuant to 28 U.S.C. § 2201(a) and 28 U.S.C. § 1404(a)</u> [#5] is ALLOWED to the extent that the above-captioned action shall be transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

                                            /s/ Joseph L. Tauro
                                            United States District Judge