

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**UNITED STATES COURTHOUSE**
**1 COURTHOUSE WAY - SUITE 2300**
**BOSTON, MASSACHUSETTS 02210**
**TELEPHONE: 617-748-9152**

TO:

Richard W. Wieking, Clerk

Box 36060, 450 Golden Gate Ave

San Francisco, CA 94102-3489

RE:

CIVIL ACTION #. 04-cv-10574 JLT

CRIMINAL #. _____

Dear Clerk:

Please be advised that an order transferring the above entitled action to your court was entered on _____ August 10, 2004 by the Honorable Joseph L. Tauro _____.

The following documents are included in our file and transmitted herewith:

( X )   Certified copy of the docket entries;

( )     Certified copy of the transferral order;

( X )   Original documents numbered 1 - 23

( )     _____

#1

Kindly acknowledge receipt of the above on the copy of this letter.

Respectfully,

TONY ANASTAS
CLERK OF COURT

Date: August 11, 2004

By: Kimberly M. Abaid
Deputy Clerk

cc:   Counsel, File

---

The documents listed above were received by me on _____ and assigned the following case number: _____ C 04 3827

By: _____
Deputy Clerk

Helen L. Almacen

PVT

ADR

(Transfer Cover Letter.wpd - 12/98)